IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS ALAN-CODY PAIR<br><br>Defendant. | Case No. CR-15-101-BLG-SPW<br><br>**ORDER VACATING FINAL REVOCATION HEARING AND STAYING PROCEEDINGS** |
|---|---|

Pending before the Court is the Defendant's Unopposed Motion to Vacate Hearing and Stay Proceedings (Doc. 62) for the reason Defendant has another case in CR-22-110-BLG-SPW pending in this Court. In order for the revocation hearing to coincide with Mr. Pair's case in CR-22-110-BLG-SPW,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for November 23, 2022 at 10:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** pending the resolution of CR-22-110-BLG-SPW, at which time the revocation hearing will be rescheduled.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 21st day of November, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge